11,202-18

Freddie L. Brewer #1570551
Coffield Unit TDCJ-ID
2661 FM 2054
Tennessee Colony Texas 75884

Mar 24, 2015

Writ No. 11,202-18
Tr. Ct No. W07-52145-P(s)

Hon. Abel Acosta, Clerk
Texas Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Dear Hon. Acosta,

    I received Notice that MY Application for A Writ was Presented to the court on Jan 5. 2015. Would You Please use the Self-addressed envelope to send me information regarding the above Writ. number? Thank You!

Freddie L Brewer

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 29 2015
Abel Acosta, Clerk